UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSE A. MARTINEZ,<br><br>                Petitioner,<br><br>    v.<br><br>TIMOTHY WENGLER,<br><br>                Respondent. | Case No.  C08-5144FDB<br><br>ORDER GRANTING I.F.P.<br>APPLICATION |

Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

DATED this 17th day of April, 2008.

                                             */s/ J. Kelley Arnold*
                                             J. Kelley Arnold
                                             United States Magistrate Judge