UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSE A. MARTINEZ,<br><br>               Petitioner,<br><br>   v.<br><br>TIMOTHY WENGLER,<br><br>               Respondent. | Case No.  C08-5144FDB<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME |

     This matter is before the court on respondent's motion for an extension of time to file a an answer to the petition (Doc. 14).  After reviewing the motion and the remaining record, the court orders as follows.

     (l) Respondent's motion for an extension of time is **GRANTED.  The court grants respondent an extension until August 5, 2008, to file an answer to the petition.**

     (2)    The Clerk shall direct copies of this Order to petitioner and to counsel for respondent.

DATED this 11th day of June, 2008.

                                    */s/  J. Kelley Arnold*
                                    J. Kelley Arnold
                                    United States Magistrate Judge