UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSE A. MARTINEZ,

    Petitioner,

  v.

TIMOTHY WENGLER,

    Respondent.

Case No. C08-5144FDB

ORDER DENYING MOTION FOR RECONSIDERATION

This Court on September 30, 2008 adopted the Report and Recommendation, concluded that the Petition was not filed within the one-year limitation period, denied pending motions as being moot. Petitioner now moves for reconsideration on the basis that the Court addressed none of the grounds for his petition. Petitioner's motion lacks merit and will be denied. The limitation period has passed, and this Court may not, therefore, address Petitioner's contentions.

ACCORDINGLY, IT IS ORDERED: Petitioner's Motion for Reconsideration of Writ of Habeas Corpus [Dkt. # 23] is DENIED.

DATED this 24th day of October, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1