UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSE A. MARTINEZ,

    Petitioner,

  v.

TIMOTHY WENGLER,

    Respondent.

Case No. C08-5144FDB

ORDER DENYING CERTIFICATE OF APPEALABILITY

Petitioner moves for a certificate of appealability, asserting sixteen issues that he believes are not procedurally barred. On September 30, 2008, this Court entered an Order Adopting the Report and Recommendation dismissing Martinez's habeas corpus petition as being untimely filed. The Magistrate Judge presented the facts underlying his conclusion that the petition was untimely filed and reached a proper conclusion, which Petitioner has not shown could be found to be debatable or wrong among reasonable jurists. Moreover, this motion for certificate of appealability is untimely under Fed. R. App. P. 4(a)(1)(A), which requires a notice of appeal to be filed in the District Court within 30 days after the judgment or order appealed from is entered.

ACCORDINGLY, IT IS ORDERED: Petitioner's Motion for Certificate of Appealability [Dkt. # 26] is DENIED.

DATED this 29th day of June, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1